✓ FILED ____ ENTERED
____ LODGED ____ RECEIVED

JAN 2 - 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARY GOULD,<br><br>Plaintiff(s),<br><br>v.<br><br>BURLINGTON NORTHERN SANTA FE RAILROAD COMPANY, et al,<br><br>Defendant(s). | Case No. C00-1435P<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The trial schedule is revised as follows:

Trial will commence on **<u>Monday, September 10, 2001</u>** at **<u>9:00 a.m.</u>** Trial days are adjusted to Monday through Thursday, with trial hours of 9:00 a.m. to 4:00 p.m.

The pretrial conference is scheduled for August 3, 2001 at 3:00 p.m.

The pretrial order shall bc lodged on or before August 1, 2001.

Trial briefs, proposed jury instructions and voir dire are to be filed by September 3, 2001.

Filed and entered this 2nd day of January, 2001.

BRUCE RIFKIN, Clerk

By [signature]
Deputy Clerk