FILED ____ ENTERED
LODGED ____ RECEIVED

SEP 07 2001 KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

CC TO JUDGE

FILED ENTERED
LODGED RECEIVED

SEP 12 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARY GOULD,<br><br>Plaintiff,<br><br>vs.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, formerly known as BURLINGTON NORTHERN RAILROAD COMPANY, a Delaware corporation;<br><br>Defendant. | NO. C00-1435 P<br><br>STIPULATION AND ORDER OF DISMISSAL |

The above-entitled action has been settled out of court as between plaintiff and defendant to the satisfaction of said parties It is stipulated by and between said parties, by and through their respective attorneys of record, that the above-entitled action, may be upon order of the court dismissed with prejudice and without costs to any party.

DATED this 7th day of September, 2001.

KARGIANIS WERNER

By: ______________________
George Kargianis
Michael Watkins
Of Attorneys for Plaintiff
Cary Gould

KROSCHEL GIBSON KINERK REEVE,LLP

By: ______________________
Daniel L. Kinerk
Of Attorneys for Defendant
The Burlington Northern and Santa Fe
Railway Company



ORIGINAL

KROSCHEL GIBSON KINERK REEVE, L.L.P.
ATTORNEYS AT LAW
110 110th Avenue N.E., Suite 607
Bellevue, Washington 98004
(425) 462-9584 / Fax (206) 625-6517

**ORDER OF DISMISSAL**

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties for an order of dismissal, the above-entitled action having been settled out of court to the satisfaction of the parties, and the court being otherwise fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, that the above-entitled action be and it hereby is dismissed with prejudice and without costs to any party.

DATED this 10 day of Sept, 2001.

JUDGE MARSHA J. PECHMAN

Presented by:

Daniel L. Kinerk
Of Attorneys for Defendant

Approved as to form and entry:

~~George Kargianis~~
Michael Watkins
Of Attorneys for Plaintiff



KROSCHEL GIBSON KINERK REEVE, L.L.P.
*ATTORNEYS AT LAW*
110 110th Avenue N.E., Suite 607
Bellevue, Washington 98004
(425) 462-9584 / Fax (206) 625-6517